UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

DAGOBERTO RIVERA,

    Plaintiff,

v.

SAVAGE LABORATORIES, INC.,

    Defendant.

Civil No. 98-2427 (JAF)

## O R D E R

A Scheduling Conference was held on August 27, 1999. The court **ORDERS** as follows:

1.    All responsive pleadings must appear filed on record before **September 10, 1999.**

2.    The parties will meet before September 10, 1999 and agree on a deposition schedule to complete discovery in this case. The schedule will be filed in the form of a notice to the court before **September 20, 1999,** and the discovery must be completed before **December 30, 1999.**

3.    The Pretrial Conference shall be held on **January 24, 2000, at 1:30 P.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 30th day of August, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge