# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



RECEIVED & FILED
99 OCT -1 PM 2:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DAGOBERTO RIVERA, INC.,

      VS.                              CIVIL NO. ___98-2427___ (JAF)

SAVAGE LABORATORIES, INC.,

## DESCRIPTION OF MOTION

DATE FILED:9/10/99 DOCKET: 30     TITLE: URGENT MOTION
                                    REQUESTING MODIFICATION OF
[ ] Plaintiff                COURT ORDER ETC.
[x] Defendant(s)

## O-R-D-E-R

X GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _____

_____

_____

_____

_____

_____

9/29/99
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

(34)

4