# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





DAGOBERTO RIVERA, INC.,

    VS.                                    CIVIL NO. __98-2427__ (JAF)

SAVAGE LABORATORIES, INC.,

---

## DESCRIPTION OF MOTION

DATE FILED: 9/23/99  DOCKET: 32    TITLE: JOIN MOTION INFORMING PRELIMINARY DISCOVERY SCHEDULE.

[x] Plaintiff
[x] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: I will hold the parties responsible to the proposed schedule. A pretrial conference shall be held on January 21/2000 at 12:00 noon.

---

9/28/99
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

(36)