# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO




DAGOBERTO RIVERA

VS.   CIVIL NO. 98-2427(JAF)

SAVAGE LABORATORIES

## DESCRIPTION OF MOTION

DATE FILED: 12/28/99   DOCKET #: 42   TITLE: MOTION by Savage Laboratories |to Extend discovery period|, and |to convert PTC into a S/C|

[ ] Plaintiff(s)
[x] Defendant(s)

## O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: P.T. Conf. changed to S/C. Parties granted until 4/30/2000 to complete discovery. The pretrial conference shall be held May 17, 2000, 12:00 noon. This case is now consolidated with 99-1847(JP) before that judge.

1-21-2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(4)
(43)