# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
00 MAR 28 PH 2: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DAGOBERTO RIVERA

     VS.                          CIVIL NO. 98-2427(JAF)

SAVAGE LABORATORIES

---

## DESCRIPTION OF MOTION

---

**DATE FILED:** 11/23/99  **DOCKET #:** 39    **TITLE:** MOTION by Dagoberto Rivera |to Compel deft to comply with certain clauses in the stipulation filed with this court|

**[X] Plaintiff(s)**
[ ] Defendant(s)

---

## O-R-D-E-R

---

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Denied*

_____      _____
         DATE                         JOSE A. FUSTE
                                 U.S. DISTRICT JUDGE