# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



DAGOBERTO RIVERA

VS.

SAVAGE LABORATORIES

CIVIL NO. 98-2427(JAF)

*RECEIVED & FILED 00 MAR 28 PM 2:43 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

---

## DESCRIPTION OF MOTION

| DATE FILED: 11/24/99 | DOCKET #: 40 | TITLE: MOTION by Savage Laboratories \|requesting that plff be ordered by comply with court order |
|---|---|---|
| [ ] Plaintiff(s) [x] Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** *Granted*

_____
\ DATE  3/24/2000

_____
JOSE A. FUSTE
U.S. DISTRICT JUDGE

(47)