# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 MAR 28 PM 2:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DAGOBERTO RIVERA

VS. CIVIL NO. 98-2427(JAF)

SAVAGE LABORATORIES

## DESCRIPTION OF MOTION

**DATE FILED:** 03/01/00 **DOCKET #:** 44 45 **TITLE:** MOTION by Dagoberto Rivera |for Harry Ezratty to Withdraw as Attorney|, and |to Extend Time for 30 days to obtain new counsel|

[x] Plaintiff(s)
[] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** Granted as requested. Failure to appear substitute counsel within 30 days shall result in the dismissal of this suit.

A hearing on the urgent motion (# 45) for conference shall be held on April 25, 2000 at 10:00 AM

3/24/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

cc: Harry Ezratty & Dagoberto Rivera

48