# The United States District Court
# District of Puerto Rico

DAGOBERTO RIVERA                    *

                                   *

   PLAINTIFF,

                                   *

VS.                                              CV. 98-2427 (JAF)

                                   *

SAVAGE LABORATORIES, ET. AL.

                                   *

DEFENDANTS.                        *
======================================

## O-R-D-E-R

    **By Order of the Court, Hearing of April 25, 2000, at 10:00 a.m.,**

**is now re-scheduled for April 28, 2000, at 10:00 a.m.**

    **IT IS SO ORDERED.**

    **In San Juan, Puerto Rico, this April 24, 2000.**

                 **JOSE A. FUSTE**
                 **U.S. DISTRICT JUDGE**

**By:** _____
         **Rebecca Agostini-Viana - Deputy Clerk**

Scps to:  Attorneys (5)

5