UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| DAGOBERTO RIVERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVAGE LABORATORIES, INC., et al., <br><br> Defendants. | Civil No. 98-2427 (JAF) <br><br> *[Stamp: RECEIVED & FILED — 00 MAY -1 AM 9:51 — U.S. DISTRICT COURT, SAN JUAN, P.R.]* |
| DAGOBERTO RIVERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> E. FOUGERA & CO., <br><br> Defendant. | Civil No. 99-1847 (JAF) |



### O R D E R

A status conference was held in lieu of the scheduled hearing set for today. See Docket Document No. 48. The court **ORDERS** as follows:

1. KPMG Peat Marwick shall be given access to the inventories in question in the two consolidated cases, effective Monday, May 1, 2000. All purchase orders, sales slips, and inventory data shall be produced to the auditor upon arrival at the plaintiff's premises.



Civil Nos. 98-2427 & 99-1847 (JAF)                                      -2-

2.  On or before May 5, 2000, Dagoberto Rivera shall return the existing inventories (Savage and Fougera) to KPMG or their authorized representative.

3.  Any agreed monies due and owing to Savage or Fougera shall be accounted for, recognized as due and owing, and hopefully paid within fifteen (15) days thereafter. Any monies due and owing that remain in controversy shall be immediately reported to the court and, to that effect, a hearing to resolve any differences shall be held on **May 25, 2000, at 2:30 P.M.**

4.  Further supplies for both lines may be purchased COD at wholesale price, unless otherwise ordered by the court.

5.  Outstanding discovery shall be completed by both parties before June 19, 2000. Any other discovery shall be the object of stipulated scheduling to be filed with the court before June 19 and completed before August 30, 2000.

6.  **The Pretrial Conference shall be held on September 14, 2000, at 1:30 P.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 28th day of April, 2000.

*[signature]*
JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)