# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JOSE A. FUSTE

COURTROOM DEPUTY: BECKY AGOSTINI             DATE: 05-25-00

COURT REPORTER: DONNA DRATWA                 CR NO: Cv. 98-2427 (JAF)

COURT INTERPRETER: JAIME SOTOMAYOR

===============================================================

DAGOBERTO RIVERA, INC.                       Attorneys:
                                             JAIME SIFRE

vs.

SAVAGE LABORATORIES, INC.                    IVAN DOMINGUEZ
                                             JAMES BELK ARCE
                                             CARLOS GROVAS

===============================================================

CASE CALLED FOR HEARING. On behalf of defendants, evidence in presented through the testimony of Art Dulik and John C. Egan. On behalf of plaintiff, María Del Mar Rivera's testimony is heard. After hearing the parties and the evidence, Court finds that the joint stipulation was violated and under those circumstances the monies due and owing are as follows: On the Savage Laboratories line it is actually $91,745.02 and Fugera Line is actually $20,705.60.

REBECCA AGOSTINI
Courtroom Deputy Clerk