# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Dagoberto Rivera, Inc. | |
| v. | CIVIL CASE 98-2427 (JAF) |
| Savage Laboratories, Inc. | |
| Dagoberto Rivera, Inc. | |
| v. | CIVIL CASE 99-1847 (JAF) |
| E. Fougera & Company | |

## DESCRIPTION OF MOTION

**DATE FILED:** 8/30/00  **DOCKET #:** 60

**TITLE:** JOINT MOTION by Dagoberto Rivera, Savage Laboratories, E. Fougera & Co. |to Extend Time until 12/31/00 to conclude discovery|, and |to Continue PTC set for 9/14/00|

**BY:** All parties

## O-R-D-E-R

**X** GRANTED.

___ DENIED.

___ NOTED.

___ MOOT.

**OTHER:** The Pretrial Conference set for 9/14/2000 is now rescheduled for January 25, 2001, at 1:30 P.M.

_9/12/2000_
**DATE**

_Jose A. Fuste_
**JOSE A. FUSTE**
**UNITED STATES DISTRICT JUDGE**