# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Dagoberto Rivera, Inc. | |
| v. | CIVIL CASE 98-2427 (JAF) |
| Savage Laboratories, Inc. | |
| Dagoberto Rivera, Inc. | |
| v. | CIVIL CASE 99-1847 (JAF) |
| E. Fougera & Company | |

## DESCRIPTION OF MOTION

**DATE FILED:** 1/23/01     **DOCKET #:** 65     **TITLE:** JOINT MOTION by Dagoberto Rivera, Savage Laboratories | to Continue PTC set for 1/25/1 |

**BY:** All parties

## O-R-D-E-R

X GRANTED.

__ DENIED.

__ NOTED.

__ MOOT.

OTHER: *P.T. Conference reset for 2/27/2001, at 1:30 P.M.*

Bell, Maritza
Grovas,
Dominguez  2/24/2001
Sanchez
(Lucy)

_____          _____
DATE                              JOSE A. FUSTE
                                  UNITED STATES DISTRICT JUDGE

