UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

DAGOBERTO RIVERA, INC.,

    Plaintiff,

    v.                                    Civil No. 98-2427 (JAF)

SAVAGE LABORATORIES, INC.,
et al.,

    Defendants.
_____

DAGOBERTO RIVERA, INC.,

    Plaintiff,                            Civil No. 99-1847 (JAF)

    v.

E. FOUGERA & CO.,

    Defendant.

## O R D E R

The Pretrial Conference scheduled for February 27, 2001, is hereby **RESCHEDULED for March 6, 2001, at 1:30 P.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 20th day of February, 2001.

JOSE ANTONIO FUSTE
U. S. District Judge