# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



DAGOBERTO RIVERA, INC.

     VS.   CIVIL NO. __98-2427__ (JAF)
             CIVIL NO. __99-1847__ (JAF)

SAVAGE LABORATORIES, INC.;
E. FOUGERA & CO.

## DESCRIPTION OF MOTION

DATE FILED:   DOCKET:   TITLE: P.T Conf /Settlement Conf.

[] Plffs.   [] Defts.

## O-R-D-E-R

The court strongly recommends that a settlement be considered by a payment to DR Inc of $75,000 and the additional condonation of the corporate & personal debt amounting to some $158,000. Parties to report in 10 days.

Trial shall be held May 1, 2001, 9:30 A.M.
P.T. Conf. shall be held 4/17/01, 1:30 P.M.

3/6/01
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE