UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| DAGOBERTO RIVERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVAGE LABORATORIES, INC., et al., <br><br> Defendants. | Civil No. 98-2427 (JAF) |
| DAGOBERTO RIVERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> E. FOUGERA & CO., <br><br> Defendant. | Civil No. 99-1847 (JAF) |

### FINAL PARTIAL JUDGMENT

On the basis of the motion filed by codefendants and counter-claimants Savage Laboratories, Inc. and E. Fougera & Co. on March 6, 2001, in reference to the Minutes of Proceedings and court determination of May 25, 2000, Docket Document No. 57, judgment is entered against Dagoberto Rivera, Inc. and in favor of Savage Laboratories, Inc. in the amount of $91,745.02, and in favor of E. Fougera & Co. in the amount of $20,705.60.

San Juan, Puerto Rico, this 6th day of March, 2001.

JOSE ANTONIO FUSTE
U. S. District Judge



AO 72
(Rev 8/82)