ENTERED ON DOCKET
4/18/01 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



DAGOBERTO RIVERA

v.   Civil No. 98-2427 (JAF)

SAVAGE LABORATORIES

---

DAGOBERTO RIVERA

v.   Civil No. 99-1847 (JAF)

E. FOUGERA & CO.

## JUDGMENT

Pursuant to Court's Bench Ruling, both cases are now dismissed without prejudice for lack of diligent prosecution.

IT IS SO ORDERED.

In San Juan, Puerto Rico this April 17th of 2001.

FRANCES RIOS DE MORAN

CLERK

BY: _____
Rebecca Agostini-Viana, Deputy Clerk

S/copies to parties 04-17-01

