IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Dagoberto Rivera, Inc.<br><br>v.<br><br>Savage Laboratories, Inc. | CIVIL CASE  98-2427 (JAF) |
| Dagoberto Rivera, Inc.<br><br>v.<br><br>E. Fougera & Company | CIVIL CASE  99-1847 (JAF) |

## DESCRIPTION OF MOTION

| DATE FILED: 4/30/01 | DOCKET #: 77 | TITLE: JOINT MOTION by Dagoberto Rivera, Savage Laboratories \|to Vacate [75-1] judgment\|, and \|to Extend Time until 5/20/01 to notify the final settlement\| |
|---|---|---|
| BY: All Parties | | |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ NOTED.

__ MOOT.

OTHER: If the settlement agreement is filed as proposed, I will consider reopening case to accept the settlement. Otherwise, the case will not be reopened.

5/21/01
DATE

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE