IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Dagoberto Rivera, Inc. | |
| v. | CIVIL CASE 98-2427 (JAF) |
| Savage Laboratories, Inc. | |
| Dagoberto Rivera, Inc. | |
| v. | CIVIL CASE 99-1847 (JAF) |
| E. Fougera & Company | |

### DESCRIPTION OF MOTION

**DATE FILED:** 6/19/01  **DOCKET #:** 80  **TITLE:** JOINT MOTION by all parties |to reopen the cases|, and |for entry of judgment approving settlement agreement|
**BY:** All Parties

### O-R-D-E-R

✓ GRANTED.

__ DENIED.

__ NOTED.

__ MOOT.

OTHER: These cases will be reopened and a judgment will be entered dismissing the complaints in the above consolidated cases with prejudice.

6/21/2001
DATE

JOSE A. FUSTE
UNITED STATES DISTRICT JUDGE