ENTERED ON DOCKET
6/25/01 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

DAGOBERTO RIVERA, INC.,

    Plaintiff,

    v.

SAVAGE LABORATORIES, INC.,
et al.,

    Defendants.

Civil No. 98-2427 (JAF)

DAGOBERTO RIVERA, INC.,

    Plaintiff,

    v.

E. FOUGERA & CO.,

    Defendant.

Civil No. 99-1847 (JAF)

### JUDGMENT

On the basis of the terms and conditions of an Order subscribed by the court today, judgment is entered dismissing the above-captioned cases with prejudice.

San Juan, Puerto Rico, this 21st day of June, 2001.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)